# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,      :   No. 18 WM 2021
             :
      Petitioner      :
             :
             :
       v.        :
             :
             :
ERIC W. TICE,         :
             :
      Respondent     :

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the "Application for an Immediate Hearing on the Petition for Writ of Habeas Corpus" is DENIED.